UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EDWARD ELOY RILE,<br><br>Plaintiff,<br><br>v.<br><br>LAND HOME FINANCIAL SERVICES INC., et al.,<br><br>Defendants. | No. 2:24-cv-00184-DAD-SCR (PS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING DEFENDANTS' MOTIONS TO STRIKE AND DISMISS WITHOUT LEAVE TO AMEND<br><br>(Doc. Nos. 47, 51, 52, 53, 57, 61, 68, 80) |

Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On November 18, 2024, the magistrate judge issued findings and recommendations recommending that all of the defendants' motions to dismiss be granted without further leave to amend because further amendment would be futile. (Doc. No. 80.) Those findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen days.[1] On December 3, 2024, plaintiff filed with the court a

---

[1] Although it appears from the docket that plaintiff's copy of the findings and recommendations was served by mail to his address of record but were returned to the court, plaintiff was properly served. It is the plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

1

document styled as a "File and Record on Demand" (Doc. No. 81) and on December 18, 2024 a document styled as a "Special Judicial Notice" (Doc. No. 82). The court will construe these filings, consisting of 278 and 128 pages respectively, as plaintiff's objections to the pending findings and recommendations. Those objections, however, provide no basis upon which the thorough and well-reasoned findings and recommendation pending before the court should be rejected.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations filed November 18, 2024 (Doc. No. 80) are adopted in full;

2. The Court grants:

   a. Defendants' various motions to dismiss pursuant to Rule 12(b)(6) (Doc. Nos. 47, 51, 52, 53, 61);

   b. Defendants' motions to strike (Doc. Nos. 57, 68) the plaintiff's Notice of Default I (Doc. No. 50) and Notice of Default II (Doc. No. 63); and

3. The Court dismisses plaintiff's claims against all defendants with prejudice and without further leave to amend based upon the finding that granting further leave to amend would be futile; and

4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **January 30, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE